PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:17-MJ-0178-CKD |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) CONTINUING PRELIMINARY HEARING ) DATE |
| ADAM JENKINS, | ) |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |

**<u>STIPULATION</u>**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on November 1, 2017.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until November 8, 2017, at 2:00 p.m.
3. The defendant made his initial appearance on October 18, 2017.

///

///

Stipulation to Continue P/H        1        United States v. Adam Jenkins

4. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: October 25, 2017     /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED: October 25, 2017     /s/ Jerome Price
JEROME PRICE
Attorney for Adam Jenkins
(as authorized on October 25, 2017)

### ORDER

IT IS SO FOUND AND ORDERED, this 26th day of October, 2017.

_____
Hon. EDMUND F. BRENNAN
United States Magistrate Judge