```
1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   ADAM JENKINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-00202-KJM-1 |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO ADVANCE THE PRELIMINARY HEARING** |
| vs. | ) | |
| ADAM JENKINS, | ) | |
| Defendant. | ) | Date: November 8, 2017 |
| | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Adam Jenkins, that the preliminary hearing scheduled for November 8, 2017 be vacated and be advanced to November 7, 2017 at 2:00 p.m.

The Complaint in this case was filed on October 5, 2017. Mr. Jenkins made his initial appearance before Magistrate Judge Deborah Barnes on October 18, 2017. Judge Barnes set the matter for a preliminary hearing 14 days later on November 1, 2017. Counsel previously stipulated to continue the preliminary hearing to November 8, 2017 (Docket #11). Defense counsel now has a conflict with the current date and will be out of the office. Federal Rule of Criminal Procedure 5.1(c) requires that the preliminary hearing occur no later than 14 days from

the initial appearance if the defendant is in custody.  Rather than continue the preliminary hearing again, and thereby trigger the requirement in Rule 5.1(d) to show good cause, the parties desire to advance the hearing to the mutually convenient date of Tuesday, November 7, 2017 at 2:00 p.m. before Magistrate Judge Kendall J. Newman.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 3, 2017          */s/ Jerome Price*
                                JEROME PRICE
                                Assistant Federal Defender
                                Attorneys for Defendant
                                ADAM JENKINS

Date: November 3, 2017          PHILLIP A. TALBERT
                                United States Attorney

                                */s/ Justin Lee*
                                JUSTIN LEE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## ORDER

The Court has reviewed and considered the parties' above stipulation. The Court accepts the stipulation in its entirety and hereby ORDERS that the preliminary hearing be advanced from November 8, 2017 to November 7, 2017 at 2:00 p.m., before duty Magistrate Judge Kendall J. Newman.

IT IS SO ORDERED.

Dated: November 3, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE