UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM EDWARD JENKINS,<br><br>Defendant. | NO. 2:17-CR-00202- KJM<br><br>**MINUTE ORDER** |

The court has requested information from the U.S. Sentencing Commission to assist in sentencing in this case. The information received from the Commission earlier today is provided in the attached document for the parties' information.

DATED: March 30, 2022

/s/ C. Schultz
Casey Schultz, Courtroom Deputy
for Chief Judge Kimberly J. Mueller

1

**Selected Sentencing Information for Offenders Sentenced Under §2D1.1 as the Primary Sentencing Guideline, Two-level Dangerous Weapon Enhancement Under §2D1.1(b)(1), Conviction with a 120-month Mandatory Minimum Penalty, Final Offense Level 33, and Criminal History Category VI[1]**

**Fiscal Years 2017 - 2021**

|  | National | | 9th Circuit | |
|---|---|---|---|---|
| **Type of Sentence Imposed** | **Number** | **Percent** | **Number** | **Percent** |
| Prison Only | 92 | 97.9 | 14 | 93.3 |
| Prison and Alternatives | 2 | 2.1 | 1 | 6.7 |
| Probation and Alternatives | 0 | 0.0 | 0 | 0.0 |
| Probation Only | 0 | 0.0 | 0 | 0.0 |
| **Sentence Relative to the Guideline Range** | **Number** | **Percent** | **Number** | **Percent** |
| Within Guideline Range | 10 | 10.6 | 3 | 20.0 |
| Upward Departure | 0 | 0.0 | 0 | 0.0 |
| Downward Departure |  |  |  |  |
| §5K1.1 Substantial Assistance | 41 | 43.6 | 5 | 33.3 |
| §5K3.1 Early Disposition Program | 0 | 0.0 | 0 | 0.0 |
| Other Government Motion | 2 | 2.1 | 0 | 0.0 |
| Non-Government Departure | 1 | 1.1 | 0 | 0.0 |
| Upward Variance | 2 | 2.1 | 0 | 0.0 |
| Downward Variance |  |  |  |  |
| Government Motion | 7 | 7.4 | 2 | 13.3 |
| Non-Government Variance | 31 | 33.0 | 5 | 33.3 |
| **Average and Median Sentence Length[2]** | **Average Months** | **Median Months** | **Average Months** | **Median Months** |
| All Offenders | 169 | 178 | 158 | 151 |
| **Supervised Release Imposed** | **Number** | **Percent** | **Number** | **Percent** |
| Supervised Release | 94 | 100.0 | 15 | 100.0 |
| No Supervised Release | 0 | 0.0 | 0 | 0.0 |
| **Average Term of Supervised Release** | **Average Months** | **Median Months** | **Average Months** | **Median Months** |
| All Offenders | 65 | 60 | 60 | 60 |

**Average Extent Of Departure For Below Range Sentences for All Offenders Sentenced Under §2D1.1: Court Cited Diminished Capacity as Reason for Below Range Sentence[3]**

**Fiscal Years 2017 - 2021**

|  | National | | 9th Circuit | |
|---|---|---|---|---|
| **Downward Departures** | **Number** | **Percent** | **Number** | **Percent** |
| §5K1.1 Substantial Assistance | 44 | 63.9 | 13 | 60.1 |
| §5K3.1 Early Disposition Program | 35 | 67.2 | 35 | 67.2 |
| Other Government Motion | 14 | 47.8 | 6 | 51.7 |
| Non-Government Departure | 37 | 49.3 | 9 | 42.5 |
| **Downward Variances** |  |  |  |  |
| Government Motion | 45 | 59.2 | 21 | 62.4 |
| Non-Government Variance | 174 | 45.7 | 29 | 44.6 |

[1] Only cases with complete guideline application information were included. Only cases sentenced using a *Guidelines Manual* in effect November 1, 2014 or later were included.

[2] Calculations of the average include sentences of probation as zero months and any term of confinement as described in USSG §5C1.1. Sentences, supervised release terms, and guideline ranges of life were included in the calculation as 470 months.

[3] Of the 90,296 offenders sentenced under §2D1.1 as the primary sentencing guideline between FY 2017 and FY 2021, 58,947 offenders were sentenced below the guideline range. Of those, the Court cited diminished capacity as a reason for the below range sentence for 350 offenders. Cases with insufficient information to determine the position of the sentence relative to the guideline range were excluded from this analysis.

SOURCE: U.S. Sentencing Commission, 2017-2021 Datafiles, USSCFY17-USSCFY21.